IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:19CR151 |
| Plaintiffs, | |
| vs. | ORDER |
| THOMAS N. KELLER | |
| Defendant. | |

This matter is before the Court on the Government's Motion to Dismiss without Prejudice the Indictment (Filing No. 5). Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Indictment, without prejudice, against the above-named Defendant.

IT IS ORDERED that the Government's Motion to Dismiss without Prejudice the Indictment, as it relates to Thomas N. Keller, (Filing No. 5) is granted.

Dated this 6th day of April 2020.

BY THE COURT:

s/ Laurie Smith Camp
Laurie Smith Camp
Senior United States District Judge